No. 01M18. BUTLER *v.* WEST VIRGINIA ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $2,970.18 for the period April 1 through June 30, 2001, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 533 U. S. 946.]

No. 01-6209. GROEBER *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 5, 2001, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01-471. IN RE GUERIN; and
No. 01-6353. IN RE DANIELS. Petitions for writs of habeas corpus denied.

No. 01-5816. IN RE WILLIAMSON; and
No. 01-5952. IN RE JOHNSON. Petitions for writs of mandamus denied.

No. 00-1737. WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., ET AL. *v.* VILLAGE OF STRATTON ET AL. C. A. 6th Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 01-46. FEDERAL MARITIME COMMISSION *v.* SOUTH CAROLINA STATE PORTS AUTHORITY ET AL. C. A. 4th Cir. Motions of United States Maritime Alliance Limited et al. and National Association of Waterfront Employers for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 01-301. NEWLAND, WARDEN *v.* SAFFOLD. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.